**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE:   JENNIFER M. FREEMAN                    CASE NO:  09-32147-DHW
            4458 WIMBLEDON ROAD                            Chapter 13
            MONTGOMERY, AL 36116

            Soc. Sec. No.  XXX-XX-7796
            Debtor.

---

### INCOME WITHHOLDING ORDER

---

TO:     SUNBRIDGE HEALTHCARE
         ATTN PAYROLL
         101 SUN AVE NE
         ALBUQUERQUE, NM 87109

      The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code.  It is hereby

      ORDERED that   SUNBRIDGE  HEALTHCARE  withhold from the wages, earnings, or other income of this debtor the sum of $165.00   BI-WEEKLY and remit all such funds withheld to:

                       CHAPTER 13 TRUSTEE
                       09-32147-DHW JENNIFER M. FREEMAN
                       P O BOX 613108
                       MEMPHIS TN  38101-3108

      The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

      This Order continues in force and effect until further Order of this court.

      Done Monday, August 17, 2009   .


cc:  Debtor                              */ s / Dwight H. Williams Jr.*
     Debtor's Attorney                     _____
                                Dwight H. Williams Jr.
                                United States Bankruptcy Judge