# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JENNIFER M. FREEMAN, | ) | CHAPTER 13 |
| | ) | CASE NO. 09-32147 |
| DEBTOR. | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW EZ Kredit Auto Sales, a creditor in the above-styled cause, and objects to the confirmation of this case on the following grounds:

1. To Petitioner's knowledge, the Debtor does not have private insurance coverage on one (1) 2003 Ford Expedition, which is financed through EZ Kredit Auto Sales.

2. The Debtor has been informed by Creditor that private insurance would be required before her case could be confirmed.

3. Without private insurance coverage over the aforementioned vehicle, EZ Kredit Auto Sales is without adequate protection

WHEREFORE, EZ Kredit Auto Sales objects to confirmation of the Debtor's plan in the above-referenced matter.

Respectfully submitted,

PARNELL & CRUM, P.A.


　/s/ Charles N. Parnell, III　
By:　CHARLES N. PARNELL, III
　　　Attorney for EZ Kredit Auto Sales


OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the ___21st___ day of September, 2009.

| | |
|---|---|
| Hon. Curtis C. Reding<br>Trustee<br>Post Office Box 173<br>Montgomery, Alabama 36101 | Hon. Richard Shinbaum<br>Attorney for Debtor<br>Post Office Box 201<br>Montgomery, Alabama 36101 |
| Hon. Teresa Jacobs<br>Bankruptcy Court Adm.<br>One Church Street<br>Montgomery, Alabama 36104 | Jennifer M. Freeman<br>Debtor<br>4458 Wimbledon Road<br>Montgomery, Alabama 36116 |

              ___/s/ Charles N. Parnell, III___
              CHARLES N. PARNELL, III